# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

DONALD HARRIS, : No. 24 EM 2015
:
        Petitioner :
:
:
:
        v. :
:
:
:
COURT OF COMMON PLEAS :
PHILADELPHIA COUNTY, :
:
        Respondent :

## ORDER

**PER CURIAM**

    **AND NOW**, this 29th day of May, 2015, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Mandamus and/or Extraordinary Relief is **DENIED**.

    Docket entries indicate that the Court of Common Pleas of Philadelphia County has acted in compliance with the Superior Court's April 10, 2010 remand order. *See Commonwealth v. Harris*, CP-51-CR-0902871-2003 (orders dated 3/15/2011; 4/23/2012; and 7/23/2012).